INGS AND CONCLUSIONS, AS SHE FAILED TO CONSIDER THE TOTALITY OF THE CASE, AND INSTEAD MADE A PRESUMPTION OF HARM BEFORE ORDERING AN EXTRAORDINARY REMEDY. SEE, e.g., *KILLIAN v. UNITED STATES*, 368 U.S. 231 (1961).

On consideration thereof, it is ordered that the motion to stay proceedings is hereby granted. Appellee will file an answer to the certified issues under Rule 22(b)(1) on or before October 30, 2014.

No. 15–0109/MC. U.S. v. Gregory T. Miles. CCA 201300272. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 10, 2014.

Tuesday, October 21, 2014

No. 15–0117/AF. Samuel C. McCrary, Petitioner v. Gregory O. Friedland, Colonel, United States Air Force, Respondent. CCA 2014–12. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus, under Rule 27(a), together with a motion to stay proceedings and a motion to attach were filed on this date.

Wednesday, October 22, 2014

No. 15–0114/AF. U.S. v. John R. Sutton, II. CCA S32143. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 10, 2014.